**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: S.K.L.R., A MINOR | : | No. 357 WAL 2020 |
| | : | |
| | : | |
| PETITION OF: P.L.R. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: L.M.J.R., A MINOR | : | No. 358 WAL 2020 |
| | : | |
| | : | |
| | : | |
| PETITION OF: P.L.R. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.